THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FISH, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br>    v.<br><br>HARBOR MARINE MAINTENANCE & SUPPLY, INC., a Washington corporation,<br><br>            Defendant. | CASE NO. C17-0245-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the court on the parties' stipulation for withdrawal and substitution of counsel for Defendant (Dkt. No. 7). Pursuant to Local Civil Rule 83.2, the parties hereby stipulate to the withdrawal of Donald W. Carter of Carter & Fulton, P.S., and the substitution of W.L. Rivers Black and Jeremy B. Jones of Nicoll Black & Feig as attorneys for Defendant Harbor Marine Maintenance & Supply, Inc.

It is so ORDERED.

//

//

1     DATED this 27th day of March 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk
