UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FISH LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HARBOR MARINE MAINTENANCE & SUPPLY, INC., a Washington corporation,<br><br>Defendant. | IN ADMIRALTY AND AT LAW<br><br>No. 2:17-cv-00245-JCC<br><br>STIPULATION FOR FILING AMENDED COMPLAINT AND ORDER |
| HARBOR MARINE MAINTENANCE & SUPPLY, INC., a Washington corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ZANE WHITE,<br><br>Third-Party Defendant. | |

## STIPULATION

The parties hereto, plaintiff Fish LLC and defendant/third-party plaintiff Harbor Marine Maintenance & Supply, Inc., by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. In its complaint, Fish LLC asserted both this Court's admiralty and diversity jurisdiction and asserted a designation of its claims under Fed. R. Civ. P. 9(h). (*See* Dkt. No. 1

STIPULATION FOR FILING AMENDED
COMPLAINT AND ORDER - 1
NO. 2:17-CV-00245-JCC

ATTORNEYS AT LAW
**BAUER MOYNIHAN & JOHNSON LLP**
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON 98121-2320
(206) 443-3400

at 1-2.) Fish LLC wishes to have its claims tried before a jury pursuant to Fed. R. Civ. P. 38, and to avoid any uncertainty in that respect Fish LLC seeks to amend its complaint to rescind the Rule 9(h) designation and to demand a trial by jury. The initial status conference for this case is scheduled for May 23, 2017. (*See* Dkt. No. 4.) As this case is in its very early stages, trial has not yet been set, discovery has not commenced, and no prejudice to Harbor Marine Maintenance & Supply, Inc. has occurred, the parties agree that plaintiffs may file an amended complaint as set forth in Exhibit A hereto without a Rule 9(h) designation and with a jury demand. In so agreeing, Harbor Marine Maintenance & Supply, Inc. reserves all its defenses and does not waive any arguments it has or may have with respect to plaintiffs' asserted right to a jury trial.

2. In addition, in answer to Fish LLC's complaint, Harbor Marine Maintenance & Supply, Inc. has filed a counterclaim against Fish LLC and a third-party complaint against Zane White, the asserted sole member of Fish LLC. Fish LLC's undersigned counsel has agreed to accept service of process of the third-party complaint against Zane White, an asserted citizen and resident of Wyoming. However, to simplify the posture of this case, the parties have agreed to add Zane White as an additional plaintiff under Fed. R. Civ. P. 19(a) to allow complete relief among the existing parties as set forth in Exhibit A hereto. Joinder of Zane White as an additional plaintiff will not deprive this Court of subject matter jurisdiction as there continues to be complete diversity of citizenship of the parties as alleged in the proposed amended complaint. Harbor Marine Maintenance & Supply, Inc. agrees to amend its third-party complaint to restyle it as a counterclaim against Zane White. In so agreeing, the parties reserve all their rights and defenses to all claims, counterclaims and third-party claims.

3. Pursuant to LCR 10(g) and LCR 15, attached as Exhibit A is Plaintiffs' proposed Amended Complaint with changes shown. Upon acceptance by this Court of the stipulation set forth above as requested by the parties, plaintiffs will file their Amended Complaint within ten days thereafter.

STIPULATION FOR FILING AMENDED
COMPLAINT AND ORDER - 2
NO. 2:17-CV-00245-JCC

ATTORNEYS AT LAW
**BAUER MOYNIHAN & JOHNSON LLP**
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON 98121-2320
(206) 443-3400

DATED this 19th day of April, 2017.

                        BAUER MOYNIHAN & JOHNSON LLP

                        /s/ Matthew C. Crane
                        Matthew C. Crane, WSBA No. 18003

                        /s/ Robert D. Sykes
                        Robert D. Sykes, WSBA No. 49635
                        Attorneys for Plaintiff Fish LLC and Third-Party
                        Defendant Zane White

DATED this 19th day of April, 2017.

                        NICOLL BLACK & FEIG PLLC

                        /s/ W. L. Rivers Black (per authorization)
                        W. L. Rivers Black, WSBA No. 13386

                        /s/ Jeremy B. Jones (per authorization)
                        Jeremy B. Jones, WSBA No. 44138
                        Attorneys for Defendant/Third-Party Plaintiff
                        Harbor Marine Maintenance & Supply, Inc.

## **ORDER**

It is so Ordered.

DATED this 25 day of April, 2017.

                        John C. Coughenour
                        UNITED STATES DISTRICT JUDGE

STIPULATION FOR FILING AMENDED
COMPLAINT AND ORDER - 3
NO. 2:17-CV-00245-JCC

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON 98121-2320
(206) 443-3400