THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FISH LLC, *et al.*, | CASE NO. C17-0245-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| HARBOR MARINE MAINTENANCE & SUPPLY, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation for an extension of the discovery cutoff for purposes of the deposition of Plaintiff's marine surveyor, Mike McGlenn (Dkt. No. 28). The motion is GRANTED. Defendants may depose Mr. McGlenn up to and including March 6, 2018. This order does not extend the discovery deadline for any other purpose.

DATED this 30th day of January 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
