UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FISH, LLC, *et al.*, | CASE NO. C17-0245-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| HARBOR MARINE MAINTENANCE & SUPPLY, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. A jury trial in this matter is scheduled to begin June 4, 2018. (Dkt. No. 16.) The proposed pretrial order is due May 25, 2018. (*Id.*) Trial briefs, proposed voir dire, and proposed jury instructions are due May 29, 2018. (*Id.*)

The parties are INSTRUCTED to propose jury instructions on a joint basis, with any disputes noted, and include a proposed joint verdict form with the proposed joint jury instructions. An annotated set and a clean set of the proposed joint jury instructions and the verdict form should be submitted. The annotated set should include citations to supporting law. Further, the annotated proposed joint jury instructions should be numbered sequentially. Finally, the clean set of proposed joint jury instructions and the proposed joint verdict form should be

submitted in word format to the following e-mail address: CoughenourOrders@wawd.uscourts.gov.

The parties are further INSTRUCTED to file pre-trial motions, if any, no later than May 3, 2018. Responses in opposition would be due May 14, 2018.

DATED this 16th day of April 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk