THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FISH, LLC, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>HARBOR MARINE MAINTENANCE &<br>SUPPLY, INC.,<br><br>    Defendant. | CASE NO. C17-0245-JCC<br><br>ORDER |

   This matter comes before the Court on Defendant's unopposed motion for appointment of a settlement judge (Dkt. No. 55). The parties participated in mediation but were unable to reach a settlement. (*Id*. at 2.) Trial in this matter is scheduled to begin June 4, 2018. Pursuant to Local Civil Rule 39.1(e) and in the interest of judicial economy, the Court GRANTS Defendant's motion. The case is referred to the Honorable Magistrate Judge Mary Alice Theiler for a settlement conference, which the parties are ORDERED to attend. The parties are INSTRUCTED to contact Judge Theiler's chambers to schedule the conference. The Clerk is DIRECTED to provide Judge Theiler a copy of this order.

//

//

//

ORDER
C17-0245-JCC
PAGE - 1

1       DATED this 30th day of April 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-0245-JCC
PAGE - 2