THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FISH LLC, *et al.*, | CASE NO. C17-0245-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| HABOR MARINE MAINTENANCE & SUPPLY, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. A settlement conference was held in this matter before Magistrate Judge Mary Alice Theiler on May 15, 2018. (Dkt. Nos. 59, 60, 73.) Judge Theiler informs the Court that the parties reached a settlement, in principle, and that Defendant is to prepare formal release documents and Plaintiffs are to prepare a motion to dismiss. Accordingly, the Court ORDERS as follows:

- The trial, currently scheduled for June 4, 2018, is VACATED.
- The parties are DIRECTED to submit, within thirty (30) days of this order, either a stipulated motion to dismiss or a joint status report.
- The Clerk is DIRECTED to terminate the parties' outstanding motions *in limine* (Dkt.

MINUTE ORDER C17-0245-JCC
PAGE - 1

Nos. 61, 63) and Plaintiffs' motion to quash (Dkt. No. 66) and to statistically close the case.

DATED this 25th day of May 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
